IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 08-cv-01713-BNB

KENNETH WAYNE DAVIS,

    Applicant,

v.

MICHAEL MUKASEY,
HARLEY LAPPIN, and
BLAKE DAVIES,

    Respondents.

---

ORDER OF DISMISSAL

---

Applicant Kenneth Wayne Davis initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, an Application to Proceed Without Prepayment of Fees and Affidavit, a letter to the Court, and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In an order filed on August 13, 2008, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Mr. Davis to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Shaffer ordered Mr. Davis to submit a certified copy of his inmate trust fund account statement in support of his motion seeking leave to proceed *in forma pauperis* as required by Rule 3(a)(2) of the Rules Governing Section 2254 Cases in the United States District Courts. Mr. Davis was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Mr. Davis has failed to cure the deficiency within the time allowed and he has failed to respond in any way to Magistrate Judge Shaffer's August 13 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure the deficiency. It is

FURTHER ORDERED that the motions seeking leave to proceed *in forma pauperis* are denied as moot.

DATED at Denver, Colorado, this 24 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01713-BNB

Kenneth Wayne Davis
Reg. No. 09295-046
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/26/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk